| | | |
|---|---|---|
| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Tran. Court)*<br>2:15CR00198-01<br>CASE NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE:<br>David Fili, Jr. | DISTRICT<br>Eastern District<br>of Pennsylvania | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Joel H. Slomsky | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>12/6/18    TO<br>12/5/23 |

OFFENSE                  20CR10086 WQH

18:1343 wire fraud (Counts One to Ten); and 18:1344 and 2 bank fraud; aiding and abetting (Counts Eleven and Twelve)

**FILED May 08 2020**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ jenniferm DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/16/20
*Date*

*[signature: Joel Slomsky]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Southern District of California</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/4/2020
*Effective Date*

*[signature: Larry A. Burns]*
*United States District Judge*